UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

**Laundry, Distribution and Food Service Joint Board, Workers United,**

                                  **Plaintiff(s),**

        v.

**Highland Light Steam Laundry Company, Inc.**
                                  **Defendant(s).**
-------------------------------------------------------------------X

7:23-CV-10151 (CS)

ORDER

**CATHY SEIBEL, United States District Judge:**

For the reasons stated on the record during the Status Conference in this case held before the Court on March 13, 2024, the Court hereby DISMISSES this case as moot. **The Clerk of Court is directed to close this case.**

SO ORDERED.

Dated: March 14, 2024
      White Plains, New York

_____
CATHY SEIBEL
United States District Judge